## KNIGHTS FRANCHISE SYSTEMS, INC.

v.

## P.C.P.S. CORP., a Mississippi Corporation doing business as Knights Inn; Bharti Patel, an individual

\* Honorable Richard G. Stearns, District Court Judge, United States District Court for the

## P.C.P.S. Corp. and Bharti Patel, Appellants.

### No. 09–4450.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Jan. 24, 2011.

Opinion Filed: March 28, 2011.

Lauren E. Allu, Esq., Parsippany, NJ, Bryan P. Couch, Esq., Clyde & Co. US, Short Hills, NJ, for Knights Franchise Systems, Inc.

Joel D. Rosen, Esq., Princeton, NJ, for Appellants.

Before: McKEE, Chief Judge, SMITH, Circuit Judge, and STEARNS,\* District Judge.

### OPINION

McKEE, Chief Judge.

P.C.P.S. Corp. and Bharti Patel (collectively "P.C.P.S.") appeal the district court's order granting summary judgment to Knights Franchise Systems, Inc. For the reasons that follow, we will affirm.

We have jurisdiction pursuant to 28 U.S.C. § 1291. Because we write primarily for the parties, we need not repeat the facts and procedural history of this case. Moreover, the district court has ably summarized that background. *See Knights Franchise Systems, Inc. v. P.C.P.S. Corp.*, 2009 WL 3526229 (D.N.J. Oct.21, 2009).

District of Massachusetts, sitting by designation.

On appeal, P.C.P.S. argues that the district court erred when it awarded summary judgment to Knights on its breach of contract claim and dismissed P.C.P.S.'s counterclaim for breach of contract.

We reject both of P.C.P.S.'s arguments. Judge Brown issued a detailed and thoughtful opinion that carefully and clearly explained his reasons for holding that P.C.P.S., rather than Knights, breached the franchise agreement. *See Knights Franchise Systems, Inc.,* 2009 WL 3526229. We will affirm the district court's order for the reasons set forth by Judge Brown.